United States District Court
Southern District of Texas
**ENTERED**
August 11, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KENIA MARISOL FUENTES MAYORGA, | § § § | |
| Petitioner, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:26-CV-02510 |
| BRET BRADFORD, *et al.*, | § § | |
| Respondents. | § § § | |

## ORDER OF DISMISSAL AND CASE CLOSURE

Based on the representations and evidence showing that Petitioner Kenia Marisol Fuentes Mayorga has been released on bond and that this case may be closed, it is hereby **ORDERED** that this case is **DISMISSED**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED on this _____ day of August 2026.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE